UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – ANN ARBOR

| | | |
|---|---|---|
| RE: | * | Case Number: 17-53297 |
| | * | |
| Melissa A. Adkins | * | Chapter 7 |
| | * | |
| Debtor. | * | Judge: Opperman |
| | * | |

ENTRY OF SPECIAL APPEARANCE FOR DEBTOR

TO:     Clerk of the Court
          United States Bankruptcy Court
          200 East Liberty Street, Room 120
          Ann Arbor, MI 48104

     Please enter the Special Appearance of <u>Robert Keyes (P68856)</u> on behalf of the attorney of record, undersigned Counsel Stephen T. Priestap. This appearance is limited to the representation of the Debtors at the First Meeting of Creditors.

     <u>Mr. Keyes'</u> Special Appearance on behalf of the Debtor(s) shall conclude at the end of said hearing scheduled for October 18, 2017<u>.</u>

APPROVED:

/s/ Stephen T. Priestap                           /s/ Robert Keyes
Stephen T. Priestap (P71098)               Robert Keyes (P68856)
Attorney for Debtor                               Attorney making Special Appearance


/s/ Melissa A. Adkins
Melissa A. Adkins, Debtor


Prepared by:
Stephen T. Priestap (P71098)
Attorney for Debtor(s)
703 N. Morenci Street
P.O. Box 441
Mio, MI 48647
989-826-1628
Steve@stevepriestap.com